UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**JEFFERY D. STADTLER, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,**

     Plaintiff

v.

**DUGAN, MCKISSICK & LONGMORE, LLC,**

     Defendant

**Case No.  8:19-cv-2634**

## NOTICE OF CLASS ACTION SETTLEMENT

Jeffery D. Stadtler writes with the consent of Dugan, McKissick & Longmore, LLC to notify this Court that the parties have reached an agreement in principle to settle this matter on a class-wide basis. The parties respectfully request that this Court vacate all pending case deadlines and allow them 30 days within which to finalize their class action settlement agreement, after which Mr. Stadtler will submit his unopposed motion for preliminary approval of the class action settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

Dated:  January 30, 2020                    Respectfully submitted,


                                           /s/ Jesse S. Johnson
                                           Jesse S. Johnson (*pro hac vice*)
                                           GREENWALD DAVIDSON RADBIL PLLC
                                           7601 N. Federal Hwy., Suite A-230
                                           Boca Raton, FL 33487
                                           Tel: (561) 826-5477
                                           jjohnson@gdrlawfirm.com

                                           Eric N. Stravitz (Bar No. 23610)
                                           STRAVITZ LAW FIRM, PC
                                           4300 Forbes Boulevard—Suite 100
                                           Lanham, MD 20706
                                           O:  (240) 467-5741
                                           F:  (240) 467-5743
                                           E:  eric@stravitzlawfirm.com

                                           *Counsel for Plaintiff and the proposed class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, I filed the foregoing with the Court using the

Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.


                                           /s/ Jesse S. Johnson
                                           Jesse S. Johnson