UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| JEFFERY D. STADTLER, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED,<br><br>　　Plaintiff<br><br>v.<br><br>DUGAN, MCKISSICK & LONGMORE, LLC,<br><br>　　Defendant | Case No. 8:19-cv-2634 |

ORDER

In light of the Notice of Class Action Settlement filed January 30, 2020, ECF No. 17, indicating that the parties have reached a class-wide settlement, in principle, it is hereby ORDERED that all pending case deadlines are VACATED, and that Plaintiff Jeffery D. Stadtler should file his intended Motion for Preliminary Approval of Class Action Settlement no later than March 4, 2020.

DATED: 2.4.2020

_____
Hon. Paula Xinis
United States District Judge